AO 442 (Rev. 11/11) Arrest Warrant FID# 12012443

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

RECEIVED
UNITED STATES MARSHAL
9:49 am, Sep 02 2026
DISTRICT OF SOUTH CAROLINA
COLUMBIA

United States of America
v.

KARLOS DAMON GIBSON
*Defendant*

Case No. 3:26-793

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* KARLOS DAMON GIBSON ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Title 18, United States Code, Section 922(g)(1)
Title 18, United States Code, Section 924(a)(8)
Title 18, United States Code, Section 924(d)(1)
Title 28, United States Code, Section 2461(c)

Date: 9/1/2026

City and state: Columbia, South Carolina

s/Jennifer Peterson
*Issuing officer's signature*

ROBIN BLUME
CLERK OF COURT
*Printed name and title*

**Return**

This warrant was received on *(date)* 09/02/2026 , and the person was arrested on *(date)* 09.17.26
at *(city and state)* COLUMBIA, SC

Date: 09-21-26

*Arresting officer's signature*

LACEY ROGERS TFO
*Printed name and title*

E1337056